```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 13125
   JOSE P ORTIZ
   LILIA ORTIZ                               CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2059    SSN XXX-XX-1534

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/13/2006 and was confirmed 01/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      6409.37            .00         399.80
AMERICAN GENERAL FINANCE  SECURED VEHIC      4260.35         332.80        1246.91
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED            .00            .00
IHB CREDIT UNION          SECURED VEHIC      6000.00         502.95        1142.43
HOUSEHOLD B               UNSECURED        NOT FILED            .00            .00
AFNI                      UNSECURED        NOT FILED            .00            .00
SPRINT-NEXTEL CORP        UNSECURED           662.75            .00            .00
ECAST SETTLEMENT CORP     UNSECURED           592.79            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         11267.88            .00            .00
DOMINION RETAIL           UNSECURED        NOT FILED            .00            .00
CITIBANK USA              UNSECURED        NOT FILED            .00            .00
ARACELI I FERIA MD        UNSECURED        NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED            .00            .00
GEMB/BANANA REP           UNSECURED        NOT FILED            .00            .00
HOME DEPOT CREDIT SERVIC  UNSECURED        NOT FILED            .00            .00
CARSON PIRIE SCOTT        UNSECURED          1080.92            .00            .00
FATLAND HEWITT DDS        UNSECURED        NOT FILED            .00            .00
FATLAND HEWITT DDS        UNSECURED        NOT FILED            .00            .00
DOCTORS GENERAL LABORATO  UNSECURED        NOT FILED            .00            .00
DOCTORS GENERAL LABORATO  UNSECURED        NOT FILED            .00            .00
KOHLS                     UNSECURED           562.86            .00            .00
LEADING EDGE RECOVERY     UNSECURED        NOT FILED            .00            .00
LORD & TAYLOR             UNSECURED        NOT FILED            .00            .00
FEDERATED RETAIL HOLDING  UNSECURED           327.91            .00            .00
HOLY CROSS NEIGHBORHOOD   UNSECURED        NOT FILED            .00            .00
MONOGRAM BANK N AMERICA   UNSECURED        NOT FILED            .00            .00
MONOGRAM BANK N AMERICA   UNSECURED        NOT FILED            .00            .00
NATIONAL ASSET RECOVERY   UNSECURED        NOT FILED            .00            .00
NICOR GAS                 UNSECURED           406.91            .00            .00
PBC OF MARYLAND           UNSECURED        NOT FILED            .00            .00
PETER DRAGISIC MD         UNSECURED        NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13125 JOSE P ORTIZ & LILIA ORTIZ
```

```
BEST BUY                     UNSECURED       NOT FILED              .00            .00
ISAC                         UNSECURED        8802.34               .00            .00
SALLIE MAE LSCF              UNSECURED       NOT FILED              .00            .00
ECAST SETTLEMENT CORP        UNSECURED        1367.99               .00            .00
RESURGENT CAPITAL SERVIC     UNSECURED        4645.15               .00            .00
HARLEM FURNITURE             UNSECURED       NOT FILED              .00            .00
IHB CREDIT UNION             UNSECURED        7198.38               .00            .00
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY      1,834.00                         1,834.00
TOM VAUGHN                   TRUSTEE                                             353.61
DEBTOR REFUND                REFUND                                                 .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     5,812.50

PRIORITY                                                  .00
SECURED                                              2,789.14
    INTEREST                                           835.75
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,834.00
TRUSTEE COMPENSATION                                   353.61
DEBTOR REFUND                                             .00
                           ---------------    ---------------
TOTALS                      5,812.50               5,812.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 05/27/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE